IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CONA HEALTHCARE LLC, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:21-cv-00785-M |
| MD MEDIA, LLC d/b/a THE DRUG REHAB AGENCY, | § § § § | |
| Defendant. | § | |

**DEFENDANT MD MEDIA LLC'S NOTICE OF OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Defendant MD Media LLC files its Notice of Opposition to Plaintiffs' Motion for Leave to File Second Amended Complaint [Doc. 20], which was filed with the Court on November 9, 2021.

Defendant is opposed to Plaintiffs' Motion for Leave to File Second Amended Complaint and will file a Response within the time period allowed under the Rules.

Dated: November 11, 2021               Respectfully submitted,

                                              **CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY**

By:  */s/ Justin E. VandenBout*
      Justin E. VandenBout
      State Bar No. 24060765
      justin.vandenbout@chamberlainlaw.com
      C. Larry Carbo III
      Stat Bar No. 24031916
      larry.carbo@chamberlainlaw.com
      Lincoln Chen
      State Bar No: 24100148
      lincoln.chen@chamberlainlaw.com
      1200 Smith Street, Suite 1400
      Houston, Texas 77002
      Tel: (713) 658-1818
      Fax: (713) 658-2553

**ATTORNEYS FOR DEFENDANT MD MEDIA LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record on November 11, 2021.

                                              */s/ Justin E. VandenBout*
                                              Justin E. VandenBout

4313634.v1