IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CONA HEALTHCARE LLC, | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No. 3:21—cv-00785-M |
| MD MEDIA, LLC d/b/a THE DRUG REHAB AGENCY, | § § § § | |
| *Defendant.* | § § | |

## **ORDER**

THIS COURT, having considered "Cona Health LLC" and Chris Meyer's Motion for Leave to File Second Amended Complaint, and HEREBY ORDERS as follows:

1. Cona Health LLC and Chris Meyer's Motion for Leave to File Second Amended Complaint is DENIED.

It is so ORDERED.

Dated:_____          _____
                                          HON. BARBARA M.G. LYNN
                                          CHIEF JUDGE